UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

WIDMARCK PAUL,

                                                                                         Chapter 7
                                                                                         Case No. 17-40017 (nhl)

                        Debtor.
----------------------------------------------------------------X
WIDMARCK PAUL,

                        Plaintiff,                            Adv. Pro. No. 18-01099 (nhl)

      -against-

BANCO POPULAR NORTH AMERICA,


                        Defendant.
----------------------------------------------------------------X

**ORDER GRANTING THE DEFENDANT'S MOTION
TO DISMISS THE ADVERSARY PROCEEDING**

       Upon the motion (the "Motion") of Banco Popular North America n/k/a Popular Bank (the "Defendant"), by and through its counsel, Ellen M. Walker & Associates, P.C., filed on October 25, 2018, seeking an order dismissing the instant adversary proceeding (the "Adversary Proceeding") commenced by Widmarck Paul (the "Plaintiff"); and due notice having been provided; and a hearing on the Motion having been held on January 22, 2019 (the "Hearing"), at which appeared Raymond J. Cardinali (Counsel to Defendant), Aaron Ward (Counsel to Plaintiff), and the Plaintiff; and opposition to the Motion having been overruled at the Hearing; and upon the record of the Hearing, which is incorporated herein by reference; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the Adversary Proceeding is dismissed in its entirety.



Dated: February 11, 2019  
Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**